**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-6484

JAMES BARRETT, III, BEY,

Plaintiff - Appellant,

versus

ABDUR RAHMAN Y. SYKES; JEAN JOYNER; RANDALL
LEE; JAMES C. WILSON; EDWARD A. JACKSON; MACK
JARVIS; DANIEL L. STIENEKE; CHARLES K.
STEWART; HATTIE PIMPONG; JOHNNY W. TAYLOR,
III; HAROLD PERSON; WADE L. MOSELEY; ROBERT R.
NOWELL; HENRY D. GREGORY; OLIVER S. MUHAMMAD,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-99-54)

Submitted: June 17, 1999          Decided: June 23, 1999

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

James Barrett, III, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Barrett, III, appeals the district court's order dismissing his complaint filed pursuant to 42 U.S.C. § 1983 (1994) as frivolous under 28 U.S.C.A. § 1915(e)(2)(B)(i) (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See <u>Barrett v. Sykes</u>, No. CA-99-54 (E.D.N.C. Feb. 26, 1999). We further deny Barrett's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2